**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: CONDEMNATION OF EASEMENT | : | No. 93 MAL 2016 |
| AND RIGHT OF WAY ACROSS LANDS | : | |
| OF CURTIS R. LAUCHLE AND TERRI L. | : | |
| LAUCHLE, HUSBAND AND WIFE, BY | : | Petition for Allowance of Appeal from |
| UGI PENN NATURAL GAS, INC. FOR | : | the Order of the Commonwealth Court |
| PUBLIC PURPOSES | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: CURTIS R. AND TERRI L. | : | |
| LAUCHLE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.